# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 28, 2018

## NO. 03-18-00365-CV

**Pallida, L.L.C., Successor in Interest of Pharia, L.L.C., Appellant**

**v.**

**Diane R. Uballe, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on April 26, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment that Diane R. Uballe is awarded attorney's fees and renders judgment that Diane R. Uballe take nothing on this claim. We affirm the trial court's judgment in all other respects. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.